

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| JAMARI CARTER, | § | No. 08-19-00018-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 371st Judicial District Court |
| | § | |
| THE STATE OF TEXAS, | § | Of Tarrant County, Texas |
| | § | |
| Appellee. | § | (TC# 1508284D) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment of conviction. We therefore reform the judgment of conviction to state that Appellant pleaded "not true" to the petition to adjudicate, and that any "Terms of Plea Bargain" were not applicable. The remainder of the judgment is affirmed. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF DECEMBER, 2019.

JEFF ALLEY, Chief Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.